# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132214(31)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JACOB JOSEPH APPENZELLER,
      Defendant-Appellant.

SC: 132214
COA: 269857
Macomb CC: 01-001849-FH;
      01-001851-FH

_____/

On order of the Court, the motion for reconsideration of this Court's November 29, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

d0220